

**SO ORDERED.**
**SIGNED this 29th day of June, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

Suzanne H. Bauknight
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

IN RE:
TERRY LYNN COX and                                    CASE NO. 3:25-bk-31438-SHB
ADRIANNA NICOLE BRIM,                                 Chapter 13

     Debtors.

### AGREED ORDER TO SUBSTITUTE COUNSEL

Upon Motion by Jason L. Rogers to approve an Order for Substitution of Counsel and

for good cause show; it is hereby ORDERED that Jason L. Rogers of Hodges, Doughty &

Carson, PLLC shall be substituted for Anthony R. Steele as the attorney of record for

Enrichment Federal Credit Union.

# # #

APPROVED FOR ENTRY:


s/ *Jason L. Rogers*_____
JASON L. ROGERS (BPR #039136)
Attorney for Enrichment Federal Credit Union
HODGES, DOUGHTY & CARSON, PLLC
P. O. Box 869
Knoxville, Tennessee 37901-0869
(865) 292-2307



s/ *Anthony R. Steele*_____
Anthony R. Steele (BPR #016303)
Former Attorney for Enrichment Federal Credit Union
P.O. Box 2428
Knoxville, TN 37901-2428
(865) 637-1980